**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

-------------------------------------------------------------------------X

BRANDON ADKINS, and                                                 :
TRACI ADKINS,                                                       :
                     Plaintiffs,                        :
                                          :
                    -v-                                 :     Civil Action No. 3:19-cv-00275
                                          :
WELLS FARGO BANK, N.A., and                                         :
JOHN DOE ENTITY,                                                    :
                                          :
                    Defendant.                          :

-------------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs Brandon Adkins and Traci Adkins and defendant Wells Fargo Bank, N.A. (collectively, the "parties") hereby stipulate to the dismissal, with prejudice, of the above-captioned action, with each of the parties bearing his, her, or its own costs and attorneys' fees and with each of the parties waiving any right to appeal.

Dated: June 8, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ Thomas C. Ryan | /s/ Matthew P. Stapleton (with permission) |
| Thomas C. Ryan (WVSB #9883) | Matthew P. Stapleton (WVSB #12334) |
| K&L Gates LLP | Scott G. Stapleton (WVSB #3568) |
| K&L Gates Center | Stapleton Law Offices |
| 210 Sixth Avenue | 400 5th Avenue |
| Pittsburgh, PA 15222 | Huntington, WV 25701 |
| T: (412) 355-6500 | T: (304) 529-1130 |
| Thomas.Ryan@klgates.com | stapletonlawoffices@gmail.com |
| *Counsel for Wells Fargo Bank, N.A.* | *Counsel for Brandon Adkins and Traci Adkins* |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on June 8, 2020, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via first class mail, postage prepaid, to those indicated as non-registered participants.

/s/ Thomas C. Ryan
Thomas C. Ryan